UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
E.S., *on behalf of himself and his minor child, Z.S.*,

                             **Plaintiffs,**

              -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                             **Defendants.**

-------------------------------------------------------- x

1:24-cv-03492 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are **ORDERED** to submit a joint status report by **January 8, 2025**.

**SO ORDERED.**

Dated:   **December 27, 2024**
           **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**