# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

May 3, 2025

*Via ECF*
The Honorable Judge Gary Stein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *E.S., et al. v. N.Y.C. Dep't of Educ., et al.*, No. 24 CV 3492 (ALC)

Dear Judge Stein:

    I represent the Plaintiffs in the above-referenced action, and I am writing to request a *nunc pro tunc* extension of one day to file Plaintiffs' letter motion to amend the Complaint (ECF No. 1) ("Motion") which was due May 2, 2025 as per Your Honor's April 18, 2025 Order.

    As Your Honor is aware, I emailed chambers the Motion with attachments last night as I was unable to access ECF.

    However, today, when I tried to file the Motion on ECF, several of the documents would not load, including the Adobe version of the comparison of the Complaint and the First Amended Complaint ("FAC"). Thus, I had to modify the format of the comparison document and therefore it is not identical to the version I emailed chambers. In addition, I changed the FAC and that comparison document to Appendices A and B, so as not to cause confusion with the FAC exhibits A and B.

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,
THE LAW OFFICE OF ELISA HYMAN, P.C.
    */s Elisa Hyman*
By_____
Elisa Hyman, Esq.

Application granted. Plaintiffs' letter motion seeking leave to amend the Complaint (Dkt. No. 18) shall be deemed to have been timely filed on May 2, 2025.

Date:   May 5, 2025
       New York, NY

SO ORDERED:

*Gary Stein*
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Cc: Counsel of record

1115 BROADWAY, 12TH FLOOR
NEW YORK, NY 10010

40 WEST 24TH STREET
NEW YORK NY 10010

WWW.SPECIALEDLAWYER.COM