**THE LAW OFFICE OF**
# ELISA HYMAN, P.C.

**MEMO ENDORSED**

September 26, 2025

*Via ECF*
The Honorable Judge Gary Stein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. Plaintiffs' extension request is granted nunc pro tunc and the Amended Complaint filed at Dkt. No. 30 is hereby accepted as the operative complaint.

**SO ORDERED:**

Date:  September 30, 2025
       New York, NY

*/s/ Gary Stein*
_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Re: *E.S., et al. v. N.Y.C. Dep't of Educ., et al.*, No. 24 CV 3492 (ALC)(GS)

Dear Judge Stein:

Plaintiffs are filing this letter motion requesting a *nunc pro tunc* extension of time to re-file the First Amended Complaint in the above action.

Plaintiffs filed the First Amended Complaint on the due date of September 22, 2025 (ECF No. 29). However, we received a deficiency notice. Apparently, the error in filing was that we selected both Chancellor Banks in his official capacity (who was the chancellor at the time of the filing of the original complaint and named in the complaint) as well as Chancellor Aviles-Ramos in her official capacity, who superseded him. According to Case Openings, we were only supposed to file against Chancellor Aviles-Ramos; I was advised that Chancellor Banks was terminated as a party, although he does not appear as a terminated party in the case.

I re-filed the First Amended Complaint today (ECF No. 30). I was not sure if the re-filed complaint would be accepted by Your Honor or if I needed to file a motion requesting a *nunc pro tunc* extension. If an extension is needed, I am making that request for the reasons set forth above. If this application was not necessary, I apologize for taking up the Court's time.

Than you for Your Honor's consideration of this request.

Respectfully submitted,
THE LAW OFFICE OF ELISA HYMAN, P.C.
   */s Elisa Hyman*
By_____
Elisa Hyman, Esq.
1115 Broadway, 12th Floor
New York, NY 10010
646-572-9064
elisahyman@gmail.com

Attorneys for the Plaintiffs