

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

December 3, 2025

*Via ECF*

**MEMO ENDORSED**

The Honorable Gary Stein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **E.S.**, *et al.* **v. N.Y.C. Dep't of Educ.**, *et al.*, **No. 24 CV 3492 (ALC)(GS)**

Dear Magistrate Judge Stein:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the Defendants in the above-referenced action. I write, jointly with Plaintiffs' counsel, to respectfully request an extension of the deadline for the parties to file a joint letter and proposed civil case management plan in advance of the December 10, 2025 initial pretrial conference.

The parties' deadline to file these submissions is today. However, due to an unexpected illness, the parties' counsel have not had an opportunity to meaningfully discuss the submissions, and thus additional time is needed for them to meet and confer and to have any necessary follow-up discussions with their clients. The parties therefore respectfully request that the deadline for their submissions' filing be extended to next Monday, December 8, 2025.

The parties thank the Court for its consideration of this matter.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc:   *Via ECF*
      All counsel of record

Application granted.  The parties shall submit their joint letter and
proposed civil case management plan no later than December 8, 2025.

SO ORDERED.

Date:   New York, New York
        December 5, 2025

Gary Stein
United States Magistate Judge
Southern District of New York