UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
E.S., *et al.,*

                     Plaintiffs,

         -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.,*

                     Defendants.
------------------------------------------------------------------------X

**24 Civ. 3492 (ALC) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On April 13, 2026, the parties in this action jointly provided a status letter which, *inter alia*, requested that a subsequent joint status letter be due by May 18, 2026. (Dkt. No. 49). Judge Carter approved of that request the following day. (Dkt. No. 50). Nonetheless, the Court has not received any subsequent filings in this action. Accordingly, the parties shall file another status update by no later than **Wednesday, May 27, 2026**.

       **SO ORDERED.**

DATED:     New York, New York
            May 21, 2026

                                  _____
                                 The Honorable Gary Stein
                                 United States Magistrate Judge