**MEMO ENDORSED**



**THE CITY OF NEW YORK**

**STEVEN BANKS**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

June 25, 2026

The Honorable Gary Stein
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **E.S., *et al.* v. N.Y.C. Dep't of Educ., *et al.*, No. 24 CV 3492 (ALC)(GS)**

Dear Magistrate Judge Stein:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendants in the above-referenced action. I write, with the consent of Plaintiffs' counsel, to respectfully request a 2-week extension of the deadline for the parties to submit a status update on the parties' settlement discussions.

Unfortunately, shortly after the parties' most recent status update, a family member of mine suddenly fell ill and passed away. As such, I have been out of the office, out of State, and not working in any routine fashion for the greater part of the last month, and this has delayed the parties' settlement discussions. For this reason, additional time is needed for the parties to provide a meaningful update on settlement discussions to the Court.

This is Defendants' first request for an extension of the parties' deadline to provide this status update, and I am grateful to Plaintiffs' counsel for consenting to the requested extension. The requested 2-week extension would move the parties' deadline to update the Court from today, June 25, 2026, to July 9, 2026.

I thank the Court for its consideration of this matter.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc:  ***Via ECF***
All counsel of record

The Court extends its best wishes to counsel.  Application granted.  The parties shall file another status update by no later than July 9, 2026.  SO ORDERED.

Date:  June 29, 2026

Gary Stein
United States Magistate Judge
Southern District of New York