THE LAW OFFICE OF
ELISA HYMAN, P.C.

MEMO ENDORSED

September 3, 2026

Hon. Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, NY 10007

Re: *E.S. et al. v. NYC Dep't of Educ., et al.,* No. 1:24-cv-3492 (AC)(GS)

Dear Judge Stein:

I represent the Plaintiffs in the above-referenced case. I am resubmitting the joint request to seek a further extension for the parties to submit a joint status update which was due on August 31, 2026, but which was filed with a typographical error in the civil number. *See* ECF No. 62. I am requesting leave for the parties to file an update on September 9, 2026.

First, Plaintiffs have been working to try to narrow the issues for settlement through implementation and continued to bill on one of the administrative cases through mid-August. We have successfully obtained some authorizations for some of the reimbursements owed to E.S. but have not yet confirmed that the checks have been sent to him. Further, my office has had some challenging staffing issues this summer.[1] For these reasons, Plaintiffs need some additional time to further confer with the Defendants.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Elisa Hyman*

Elisa Hyman
Counsel for the Plaintiffs

---

[1] Plaintiffs' office had two lawyers leave for unrelated reasons in June 2026, a third was winding down to change careers, and one of Plaintiffs' senior Of counsel lawyers who works with on federal matters has been out since the last week in July 2026 due to a death in her family. Further, for the past two weeks, I have also been dealing with some health issues. In addition, our billing paralegal was out for one week on vacation.

cc: Counsel of record (*via* ecf).

The Court appreciates this update. The parties shall submit a subsequent joint status letter by no later than September 9, 2026. SO ORDERED.

Date: September 4, 2026

Gary Stein
United States Magistate Judge
Southern District of New York