THE LAW OFFICE OF
ELISA HYMAN, P.C.

MEMO ENDORSED

September 15, 2026

Hon. Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, NY 10007

Re: *E.S. et al. v. NYC Dep't of Educ., et al.,* No. 1:24-cv-3492 (AC)(GS)

Dear Judge Stein:

I represent the Plaintiffs in the above-referenced case.

I am writing to update the Court on settlement. The parties are optimistic that settlement will be able to be completed and they respectfully request that the Court afford them time to continue the process. Accordingly, the parties jointly request a stay of discovery to complete settlement.

The parties have been able to narrow some of the issues and the scope of settlement. Plaintiff E.S. has finally received tuition reimbursement checks for three of the school years (20-21, 21-22 and 22-23), reimbursement for a private evaluation for his son, and in early August 2026 had received notice that the payment for 23-24 was authorized. To date, Plaintiffs have not yet confirmed that the final check was received. Assuming the final check is sent, the remaining issues for settlement appear to be (a) compensatory education for the student; and (b) attorney's fees

Plaintiffs have now submitted their attorney's fees billing sheets to Defendants for the three underlying administrative hearings and appeal at issue, as well as the federal action. Defendants' counsel is working on a settlement memorandum for the purposes of seeking settlement authority.

The parties recognize that this process has not been quick, and we sincerely apologize for failing to adhere to the recent schedule for status updates; the delay was in no way intentional.

Given the above, the parties are optimistic that a settlement could be reached with additional time. However, it may take up to 45 days for Defendants to obtain authority. Accordingly, the parties propose submitting a status update within 30 days (by October 15, 2026) to update the Court on the status of settlement authority.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Elisa Hyman*

_______________
Elisa Hyman
Counsel for the Plaintiffs

cc: Counsel of record (*via* ecf).

Application granted. The discovery deadlines in this action are stayed to allow the parties additional time to finalize settlement. The parties shall submit a subsequent joint status letter by no later than October 15, 2026. SO ORDERED.

Date: September 17, 2026

Gary Stein
United States Magistrate Judge
Southern District of New York